# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148416

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THE BANK OF NEW YORK MELLON f/k/a
THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATE HOLDERS OF
CWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2003-3,
           Plaintiff-Appellant,

v

JAAFAR K. JAAFAR and BADIA JAAFAR,
           Defendants-Appellees,
and

J.P. MORGAN CHASE BANK, N.A.,
SUCCESSOR BY MERGER TO BANK ONE,
N.A.,
           Defendant.

SC: 148416
COA: 316521
Wayne CC: 11-008424-CH

_____/

      On order of the Court, the application for leave to appeal the November 21, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



t0421

Clerk